FREEBORN & PETERS LLP
Devon J. Eggert, Esq. (Illinois Bar No. 6289425)*
Elizabeth L. Janczak, Esq. (Illinois Bar No. 6302864)*
311 South Wacker Drive, Ste. 3000
Chicago, IL 60606
deggert@freeborn.com
ejanczak@freeborn.com
Telephone: 312.360.6000
Facsimile: 312.360.6520
*Admitted pro hac vice

**SCHIAN WALKER, P.L.C.**
1850 NORTH CENTRAL AVENUE, #900
PHOENIX, ARIZONA 85004-4531
TELEPHONE: (602) 277-1501
FACSIMILE: (602) 297-9633
Dale C. Schian, #010445

Counsel for Dale Schian, Creditor Trustee of the PRM
Family Holding Company, L.L.C. Creditor Trust

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re: | Chapter 11 |
| PRM FAMILY HOLDING COMPANY, L.L.C., *et al.*, | Case No. 2:13-bk-09026-BKM |
| Debtors. | (Jointly Administered) |
| DALE SCHIAN, CREDITOR TRUSTEE OF THE PRM FAMILY HOLDING COMPANY, L.L.C. CREDITOR TRUST, | |
| Plaintiff, | Adv. Pro. No. 2:15-ap-00434-BKM |
| v. | |
| TRADICIONAL IMPORTS, | **APPLICATION FOR WRIT OF GARNISHMENT** |
| Defendant, | (Non-Earnings) |
| BANK OF AMERICA, N.A., | |
| Garnishee. | |

This Filing Applies to:
☐ All Debtors
☒ Specified Debtors

-1-

1     Dale Schian (the "*Plaintiff*"), not individually but solely as Creditor Trustee of the PRM Family

2  Holding Company, L.L.C. Creditor Trust (the "*Creditor Trust*"), by and through his undersigned

3  counsel, hereby submits, pursuant to Federal Rule of Civil Procedure 69 and A.R.S. § 12-1572, this

4  Application for Writ of Garnishment. In support hereof, Plaintiff respectfully states as follows:

5     1.    On May 28, 2015, Plaintiff filed an adversary complaint against Defendant, Tradicional

6  Imports (the "*Defendant*"), thereby initiating the above-captioned adversary proceeding. [ECF No. 1].

7     2.    On December 11, 2015, this Court entered, pursuant to Fed. R. Civ. P. 55(b)(1), a Default

8  Judgment (the "*Judgment*") in favor of Plaintiff and against Defendant in the amount of $13,736.15, plus

9  post-judgment interest and allowable costs. [ECF No. 20]. A true and correct copy of the Judgment is

10  attached hereto as <u>Exhibit A</u>. Pursuant to 28 U.S.C. § 1961, post-judgment interest on the Judgment

11  accrues at the rate of 0.54% per annum, compounded annually.

12     3.    Plaintiff is a judgment creditor of Defendant by virtue of the Judgment, which remains

13  outstanding.

14     4.    As of March 18, 2016, the outstanding principal balance of the Judgment is $13,736.15,

15  plus accrued post-judgment interest in the amount of $19.31, for a total outstanding balance of

16  $13,755.46. The cost of serving the Writ of Garnishment will be as shown on the Affidavit of Service

17  and may be added to the Judgment along with allowable costs. Interest continues to accrue on the

18  Judgment at the rate of 0.54% per annum, compounded annually.

19     5.    Plaintiff has good reason to believe that Garnishee, Bank of America, N.A. (the

20  "*Garnishee*") is holding nonexempt monies on behalf of the Defendant, or that Garnishee has in its

21  possession nonexempt personal property belonging to the Defendant.

22     6.    The name and address of Garnishee is:

23     Bank of America, N.A.
24     201 E. Washington St.
      Phoenix, AZ 85004

25

26

1    7.    I have attached a completed Writ of Garnishment and Summons form as <u>Exhibit B</u>, and

2    therefore ask that the Writ be issued.

3            DATED March 18, 2016.

4

5                                      FREEBORN & PETERS LLP

6

7                                      By:_____/s/ Elizabeth L. Janczak_____

8                                            Devon J. Eggert
                                             Elizabeth L. Janczak
9

10                                           *Counsel for the Creditor Trustee*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26