# EXHIBIT A

FREEBORN & PETERS LLP
Richard S. Lauter*
Devon J. Eggert*
Elizabeth L. Janczak*
311 South Wacker Drive, Suite 3000
Chicago, Illinois 60606
Telephone: 312.360.6000
Facsimile: 312.360.6520
rlauter@freeborn.com
deggert@freeborn.com
ejanczak@freeborn.com

*Admitted *pro hac vice*

Counsel for Dale Schian, Creditor Trustee of the PRM Family Holding Company, L.L.C. Creditor Trust

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 |
| PRM FAMILY HOLDING COMPANY, L.L.C., *et al.*, | Case No. 2:13-bk-09026-BKM |
| | (Jointly Administered) |
| Debtors. | |
| DALE SCHIAN, CREDITOR TRUSTEE OF THE PRM FAMILY HOLDING COMPANY, L.L.C. CREDITOR TRUST, | |
| Plaintiff, | Adv. Pro. No. 2:15-ap-00434-BKM |
| v. | |
| TRADICIONAL IMPORTS, | **DEFAULT JUDGMENT PURSUANT TO FED. R. CIV. P. 55(b)(1)** |
| Defendant. | |
| This Filing Applies to: ☒ All Debtors ☐ Specified Debtors | |

Default was entered against Defendant Tradicional Imports (the "*Defendant*") on November 20, 2015. Plaintiff Dale Schian, not individually but solely as creditor trustee (the "*Plaintiff*") of the PRM Family Holding Company, L.L.C. Creditor Trust (the "*Creditor Trust*") has requested entry of judgment

1  by default and has filed an affidavit of the amount due and stating the Defendant is a business and is,
2  therefore, not in military service, is not an infant, and is not an incompetent person.
3      IT IS HEREBY ORDERED, pursuant to Rule 55(b)(1), Fed. R. Civ. P., made applicable in these
4  proceedings by Rule 7055, Fed. R. Bankr. P., judgment is entered against Tradicional Imports in favor
5  of the Plaintiff as follows:
6      1.    Final Judgment is entered against the Defendant and in favor of the Plaintiff on Counts I
7  and III of the Complaint in the amount of $13,736.15.
8      2.    Plaintiff shall be awarded post-judgment interest at the statutory rate from the date this
9  Judgment is entered until paid in full pursuant to 28 U.S.C. § 1961.
10     3.    Final Judgment is entered against the Defendant and in favor of the Plaintiff on Count IV
11 of the Complaint.  Accordingly, any and all claims of the Defendant against the Debtors or the Creditor
12 Trust, whether asserted in a proof of claim or scheduled on the Debtors' schedules of assets and
13 liabilities are disallowed pursuant to 11 U.S.C. § 502(d).
14     4.    Count II, pled in the alternative to Count I, is hereby dismissed as moot.
15     DATED AND SIGNED ABOVE.